897 A.2d 1163

### In the Matter of Gregory W. SWANK.

### Petition for Reinstatement from Inactive Status.

### No. 33 DB 2005.

Supreme Court of Pennsylvania.

April 7, 2006.

## *ORDER*

PER CURIAM.

AND NOW, this 7th day of April, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 1, 2006, the Petition for Reinstatement from Inactive Status is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

Madame Justice BALDWIN did not participate in this matter.